1 
2 | Robert D. Rowland
   | Lindsay Rakers
3 | **GOLDENBERG HELLER**
   | **ANTOGNOLI & ROWLAND, P.C.**
   | P.O. Box 959
4 | Edwardsville, Illinois 62025
   | Telephone: 618-656-5150
5 | Facsimile: 618-656-6230
   | Attorneys for Plaintiffs
6 
7 
8 
   | UNITED STATES DISTRICT COURT
9 
   | NORTHERN DISTRICT OF CALIFORNIA
10 
11 
12 

| IN RE: BEXTRA AND CELEBREX | ) | **MDL NO. 1699** |
| MARKETING SALES PRACTICES AND | ) | **District Judge:  Charles R. Breyer** |
| PRODUCT LIABILITY LITIGATION | ) | |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| *Donald G. Newmann v. Pfizer Inc.* | ) | **STIPULATION AND ORDER OF** |
| (05-5359 CRB) | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| *Lehnen, Marie, et al. v. G.D. Searle, et al.* | ) | |
| (06-2669 CRB) | ) | |
| | ) | |
| *Marcy A. West v. Merck & Co., Inc., et al.* | ) | |
| (06-3015 CRB) | ) | |
| | ) | |
| *Jerry M. Dance v. Merck & Co., Inc., et al.* | ) | |
| (06-3016 CRB) | ) | |
| | ) | |
| *Edward Spinaio v. G.D. Searle, et al.* | ) | |
| (06-3036 CRB) | ) | |
| | ) | |
| *Lonnie Case v. Merck & Co. Inc., et al.* | ) | |
| (06-3180 CRB) | ) | |
| | ) | |
| *Richard Menzel v. Merck & Co., Inc., et al.* | ) | |
| (06-3181 CRB) | ) | |
| | ) | |
| *Vincent Calamia v. Merck & Co., Inc., et al.* | ) | |
| (06-3182 CRB) | ) | |
| | ) | |
| *Jessie Abbott v. Merck & Co., Inc., et al.* | ) | |
| (06-3306 CRB) | ) | |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

1

2 | *Berlin Jenkerson v. Merck & Co. Inc., et al.* )
(06-3307 CRB) )

3 | *Thomas Kasper v. Merck & Co. Inc., et al.* )
(06-3309 CRB) )

4

5 | *Josephine Tourville v. Merck & Co., Inc., et al.* )
(06-3310 CRB) )

6 | *Arzie Stephens v. Merck & Co., Inc., et al.* )
(06-3311 CRB) )

7

8 | *Henry Kahn, et al. v. Pfizer Inc..et al.* )
(06-4600 CRB) )

9 | *Carol Copeland v. G.D. Searle LLC, et al.* )
(07-3023 CRB) )

10

11 | *Suzanne Steinbach v. Merck & Co., Inc., et al.* )
(07-0495 CRB) )

12 | *John Moseley v. Merck & Co., Inc., et al.* )
(07-0496 CRB) )

13

14 | *Joni Hebblethwaite v. Merck & Co., Inc., et al.* )
(07-0498 CRB) )

15 | *Kevin Miller v. Merck & Co, Inc., et al.* )
(07-0596 CRB) )

16

17 | *Lena Scher v. Merck & Co., Inc., et al.* )
(07-2533 CRB) )

18 | *Laurence Schmidt v. Merck & Co., Inc., et al.* )
(07-2534 CRB) )

19

20 | *Patty Foreman v. Merck & Co., Inc., et al.* )
(07-2535 CRB) )

21 | *Robert Miller v. G.D. Searle LLC, et al.* )
(07-3127 CRB) )

22

23 | *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.* )
(07-3488 CRB) )

24 | *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.* )
(07-3489 CRB) )

25

26   Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27   the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 11-2, 2009      By: _____

**GOLDENBERG HELLER
ANTOGNOLI & ROWLAND, P.C.**
P.O. Box 959
Edwardsville, Illinois 62025
Telephone: 618-656-5150
Facsimile: 618-656-6230

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009      By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1